McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GABRIELLE IBARRA<br><br>　　　　　　　Defendant. | Case No. 1:19-po-00109-SAB<br><br>MOTION AND ORDER FOR DISMISSAL, AND ORDER TO VACATE TRIAL DATE<br><br>DATE:　　June 25, 2020<br>TIME:　　1:00 p.m.<br>COURT:　Hon. Stanley A. Boone |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00109-SAB against GABRIELLE IBARRA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  Further, the United States hereby requests that the trial in this matter set for June 25, 2020, at 1:00 p.m., in Courtroom 9, be vacated.

DATED: May 28, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　/s/ William B. Taylor
　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. TAYLOR
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

**O R D E R**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Case No. 1:19-po-00109-SAB against GABRIELLE IBARRA be dismissed, without prejudice, in the interest of justice, and that the trial date currently set for June 25, 2020, at 1:00 p.m., in Courtroom 9 be vacated.

IT IS SO ORDERED.

Dated: __**May 28, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE